UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


Jerry Fowler

           v.                              Civil No. 13-cv-59-JL

Ocwen Loan Servicing, LLC


**O R D E R**

Plaintiff has filed no objection, and the court--after

conducting a telephone conference to ensure that the pro se

plaintiff had an opportunity to be heard--perceives no reason

equity would disfavor granting the motion.  See L.R. 7.1(b); ITI

Holdings, Inc. v. Odom, 468 F.3d 17, 18-19 (1st Cir. 2006).  The

motion (doc. no. 4) is accordingly GRANTED, and the case is

dismissed without prejudice.  Mr. Fowler is advised, as he was

during the telephone conference, that this ruling does not

prevent him from re-filing his lawsuit with more specific factual

allegations and claims.


     **SO ORDERED.**

                              _____
                              Joseph N. Laplante
                              United States District Judge

Dated:  April 30, 2013

cc:  Jerry Fowler, pro se
     Jessica Suzanne Babine, Esq.