UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Jerry Fowler</u>

    v.                            Civil No. 13-cv-59-JL

<u>Ocwen Loan Servicing, LLC</u>

**<u>O R D E R</u>**

    Plaintiff has filed no objection, and the court--after conducting a telephone conference to ensure that the pro se plaintiff had an opportunity to be heard--perceives no reason equity would disfavor granting the motion.  See L.R. 7.1(b); [ITI Holdings, Inc. v. Odom](), 468 F.3d 17, 18-19 (1st Cir. 2006).  The motion (doc. no. [4]()) is accordingly GRANTED, and the case is dismissed without prejudice.  Mr. Fowler is advised, as he was during the telephone conference, that this ruling does not prevent him from re-filing his lawsuit with more specific factual allegations and claims.

    **SO ORDERED.**

                                            /s/ Joseph N. Laplante
                                            Joseph N. Laplante
                                            United States District Judge

Dated:  April 30, 2013

cc:  Jerry Fowler, pro se
     Jessica Suzanne Babine, Esq.