UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


Jerry Fowler

       v.                       Civil No. 13-cv-59-JL

Ocwen Loan Servicing, LLC


**J U D G M E N T**

In accordance with the Order dated April 30, 2013 by Chief Judge Joseph N. Laplante, judgment is hereby entered.


                  By the Court,

                  */s/ Deb Eastman-Proulx*
                  Deb Eastman-Proulx
                  Deputy Clerk


Date: April 30, 2013


cc:    Jerry Fowler, pro se
        Jessica Sizanne Babine, Esq.